UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LATARSHA LANG )<br>        Plaintiff, )<br>v. )<br>)<br>SOCIAL SECURITY )<br>        Defendant ) | **JUDGMENT**<br>No. 5:24-CV-558-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on failure to respond to court's order.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered November 25, 2024 and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to prosecute and to follow court's order.

**This Judgment Filed and Entered on December 17, 2024, and Copies To:**
Latarsha Lang (via US mail) P O Box 165, Hamlet, NC 28435


December 17, 2024                    PETER A. MOORE, JR. CLERK

                                            /s/ Sandra K. Collins
                                          (By) Sandra K. Collins, Deputy Clerk